FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JAN 19 2023   ★

LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

DENISE DOALL

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

New York State Unified Court System; Office of Court Administration; Justin Barry, Nancy Barry, Secret "Unqualified" Committee Panel, et al.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. CV 23 364

*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes  ☐ No
*(check one)*

SEYBERT, J.

LOCKE, M. J.

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DENISE DOALL |
| Street Address | 71 Vinton Street |
| City and County | Long Beach (NASSAU) |
| State and Zip Code | NY 11561 |
| Telephone Number | (347) 990-9239 |
| E-mail Address | CERVAZA33@AOL.COM |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | New York State Unified Court System |
| Job or Title (if known) | |
| Street Address | 25 Beaver Street |
| City and County | New York |
| State and Zip Code | New York 10004 |
| Telephone Number | 1(800) 268-7869 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | Office of Court Administration |
| Job or Title (if known) | |
| Street Address | 25 Beaver Street |
| City and County | New York |

2

State and Zip Code   New York  10004
Telephone Number    1-(800) 268-7869
E-mail Address
(if known)

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

Name              Nassau County Court
Street Address    262 Old Country Road
City and County   Mineola
State and Zip Code  New York 11501
Telephone Number   (516) 493-3710

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*:
THE Constitution of the United States of America including, but not limited to the 1st + 14th Amendments;

☒ ~~Relevant state law *(specify, if known)*~~ GINA TITLE II of the Genetic Information Non Discrimination Act of 2008; THE Rehabilitation ACT;

☒ ~~Relevant city or county law *(specify, if known)*~~ Black Letter Federal LAW; HIPPA LAW 1996; Taylor LAW.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.
☒ Termination of my employment.
☒ Failure to promote me.
☒ Failure to accommodate my disability.
☒ Unequal terms and conditions of my employment.
☒ Retaliation.
☒ Other acts *(specify)*: Forced to Covid-Test weekly (on own time) + To disclose personal/Confidential medical Information to supervisors + To upload into Employers Portal/Database.

(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

(1) Forced to disclose personal/confidential medical: on or about 9/21 through 4/22;
(2) Employer Refused Reasonable Accommodations: on or about 9/21 through 4/22;
(3) Religious Exemption denied: 12/29/21;
(4) 1st Medical Exemption denied: 1/10/22;
(5) 2nd Medical Exemption denied: 2/9/22;
(6) 3rd Medical Exemption (Refused to Process): 2/24/22;
(7) FMLA Papers (Refused to Process): 3/28/22;
(8) Terminated: 4/7/22;
(9) Altered Completed/Signed-off on Time + Leave Card: on or about 4/22;
(10) Time + Leave Stolen/Deleted After Termination: on or about 4/22;
(11) Payroll Discrepancy Filed - Employer (4) Refused to Restore/Compensate: on or about 5/22;
(12) Failure to Promote (Interview): 12/22/22.

C. I believe that defendant(s) *(check one)*:

- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☒ religion  Catholic/Christian
- ☐ national origin _____
- ☒ age. My year of birth is 10/04/67. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)* Hip

E. The facts of my case are as follows. Attach additional pages if needed.

Please see attached.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

5

E.  The facts are as follows:

My employer arbitrarily and capriciously changed the terms of my employment by mandating an intrusive bodily procedure to inject foreign substances into my body.

It is not legal to require an unlicensed vaccine. All Covid-19 vaccines have not been approved or licensed by the FDA. They have been authorized for emergency only.

As a child of God created in his divine image; I must honor my body as a temple of God. The life of the flesh is in the blood (Leviticus 17:11) and I can not alter my genetic code; DNA.

Covid-19 vaccines are only available under Emergency Use Authorization (EUA) with a MessengerRNA/MRNA delivery system. MRNA alters Human Genome encoded in DNA. It is discriminatory to deny someone a job because they choose to function with their God-given genetic makeup from birth.

My employer forced me to disclose my personal/confidential medical from on or about September 2021 through April 2022.

My employer refused me a reasonable accommodation including, but not limited to working from home from: on or about September 2021 through April 2022. After my employer required me to work from home during the height of the pandemic from: on or about March 2020 through June 2021 with positive and successful results.

My employer denied and refused to accommodate my sincere Religious beliefs and denied my exemption on 12/29/21;

My employer denied my 1st medical exemption on 1/10/22. At that time I had Covid.

My employer denied my 2nd medical exemption on 2/9/2022. At that time I had just recovered from Covid.

My employer refused to process my 3rd medical exemption on 2/24/22. At that time I possessed natural immunity.

My employer refused to process my FMLA documentation for the period of March 28, 2022 through May 6, 2022.

My employer terminated me on April 7, 2022 after 24 years of service and within 6 months of my retirement.

My employer altered my completed/signed off on time and cards: on or about 4/22.

My employer stole/deleted my accrued time and leave credits after my termination: on or about 4/22.

My employer refused to restore/compensate me after filing Payroll Discrepancy Form: on or about 5/22.

My employer refused to interview and promote me for a position that I worked and tested for: on or about 12/22.

IV. **Exhaustion of Federal Administrative Remedies**

    A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

    _____

    B. The Equal Employment Opportunity Commission *(check one)*:

        ☐ has not issued a Notice of Right to Sue letter.

        ☒ issued a Notice of Right to Sue letter, which I received on *(date)* Oct. 28, 2022.

        *(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

    C. Only litigants alleging age discrimination must answer this question.

    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

        ☒ 60 days or more have elapsed.
        ☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Reinstated immediately with back pay; Reinstated to current payscale including increments, raises, benefits and bonuses; Restoration of stolen time and leave credits; Restoration of retirement credits; Reimbursements of medical benefits and Cobra payments; Reimbursements of union benefits and contract bonuses; And any other relief as deemed equitable by the Court.



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

New York District Office
33 Whitehall St, 5th Floor
New York, NY 10004
(929) 506-5270
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 10/25/2022

**To:** Denise Doall
71 Vinton Street
Long Beach, NY 11561
Charge No: 16G-2022-01192

EEOC Representative and email:   Holly Shabazz
S/L Tribal Program Manager
holly.shabazz@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Digitally Signed By:Timothy Riera10/25/2022
Timothy Riera
Acting District Director

**VI.   Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __1/17__, 2023.

Signature of Plaintiff   _[signature]_
Printed Name of Plaintiff   DENISE DOALL

7