**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YOR3**
-------------------------------------------------------------X
DENISE DOALL,

                                                            **JUDGMENT**
                    Plaintiff,                CV 23-364 (JS) (SIL)

       - against -

NEW YORK STAT UNIFIED COURT
SYSTEM; OFFICE OF COURT
ADMINISTRATION,

                    Defendants.
-------------------------------------------------------------X

       A Memorandum and Order of Honorable Joanna Seybert, United States District Judge, having been filed on July 2, 2024; granting Defendants' Dismissal Motion; dismissing all of Plaintiff's federal claims; declining to exercise supplemental jurisdiction over the remaining state law claims against the Defendants; dismissing Plaintiff's Complaint in its entirety; directing the Clerk of the Court to enter judgment accordingly in favor of Defendants and mark this case closed; denying *in forma pauperis* status for the purpose of any appeal, it is

       **ORDERED AND ADJUDGED** that Plaintiff Denise Doall take nothing of Defendants New York State Unified Court System and the Office of Court Administration; that Defendants' Dismissal Motion is granted; that Plaintiff's federal claims are dismissed; that the Court declines to exercise supplemental jurisdiction over the remaining state law claims against the Defendants; that Plaintiff's Complaint is dismissed in its entirety; that *in forma pauperis* status is denied for the purpose of any appeal; and that this case is closed.

Dated: July 3, 2024
      Central Islip, New York

                                      BRENNA B. MAHONEY
                                      CLERK OF COURT

                            By:    /s/ James J. Toritto
                                    Deputy Clerk